ANTONIO MOLLINO, Respondent, v. OGDEN & CLARKSON CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BENJAMIN ALEXANDER, Appellant, v. THE NEW YORK CURB MARKET and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CENTRAL COAT & APRON SUPPLY, INC., Appellant, v. GAETANO VISSICCHIO and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

EDWARD ZINCO, Known Professionally as EDWARD ALBANO, Appellant, v. HUGO RIESENFELD, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. The amended complaint to be served within ten days from service of order upon payment of said costs and ten dollars costs awarded to the defendant Riesenfeld by the order appealed from, and upon compliance with the orders entered herein on February 26, 1923, and April 18, 1923. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent, for an Order of Peremptory Mandamus against PETER J. BRADY, as Supervisor of the City Record, Appellant. (Proceeding No. 1.) — Order modified by providing that appellant be directed to publish an abstract of proceeding of the board of commissioners of the sinking fund, pursuant to sections 1526 and 1546 of the Greater New York charter,* as prepared by the comptroller and authenticated by the secretary of said board, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.